UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-353-BO-2

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| MARVIN RASHAAD CUMMINGS | } | |

On motion of the Defendant Marvin Cummings, and for good cause shown, It is hereby ORDERED the Defendant's proposed sealed document (DE 163) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 14 day of May 2014.

_____
TERRENCE W. BOYLE
United States District Judge

SCANNED