# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**MARVIN RASHAAD CUMMINGS** | )<br>)<br>)<br>) |

Date of Original Judgment:            04/15/2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No:  5:12-CR-353-2-FL
USM No:  56847-056

Alan DuBois, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons stated in probation's analysis [D.E. 401], the court DENIES defendant's motion for a sentence reduction.

Except as otherwise provided, all provisions of the judgment dated   04/15/2024   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7/21/26

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Dever III, United States District Judge
*Printed name and title*